UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INFORMATIVE TECHNOLOGY SYSTEMS LLC,<br><br>     Plaintiff,<br> v.<br><br>AXINOM CORPORATION,<br><br>     Defendant. | CASE NO. 2:21-cv-01594-TL<br><br>ORDER EXTENDING TIME FOR SERVICE OF PROCESS |

  This matter is before the Court on Plaintiff's response to show cause for failure to timely serve Defendant per Federal Rule of Civil Procedure 4(m). Plaintiff represents that it was informed by counsel for Defendant that Plaintiff has named the wrong defendant. Dkt. No. 10 at 1. Plaintiff states it is attempting to discern whether there is an entity related to the named Defendant that would be more suitable as the defendant in this matter. *Id.* Therefore, Plaintiff requests additional time to determine the correct Defendant to name in this action. Finding good cause shown, the Court grants Plaintiff an additional 30 days from the date of this Order to file proof of service or waiver per Fed. R. Civ. Proc. 4.

ORDER EXTENDING TIME FOR SERVICE OF PROCESS - 1

IT IS SO ORDERED.

Dated this <u>1st</u> day of April 2022.

                                                     Tana Lin
                                                   United States District Judge

ORDER EXTENDING TIME FOR SERVICE OF PROCESS - 2