**THE HONORABLE TANA LIN**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | | |
|---|---|---|
| **INFORMATIVE TECHNOLOGY SYSTEMS, LLC,** | § § § | **Case No: 2:21-cv-01594-TL** |
| **Plaintiff,** | § § | **PLAINTIFF'S NOTICE OF** |
| **vs.** | § § | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **AXINOM CORPORATION,** | § § § | |
| **Defendant.** | § § § | |
| | § | |

Plaintiff Informative Technology Systems, LLC ("Plaintiff" and/or "ITS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Axinom Corporation without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1
(Case No. 2:21-cv-01594-TL)

**HOLLOWAY IP, PLLC**
25TH Avenue NE
SEATTLE, WASHINGTON 98501
TEL: (206) 453-8357

1

Dated: October 18, 2022

Respectfully submitted,

2

*/s/Brian Holloway*
**BRIAN HOLLOWAY**
HOLLOWAY INTELLECTUAL PROPERTY,
PLLC

3

4

Washington State Bar: 57100
535 16th Avenue E
Seattle, Washington, 98112
(206) 412-5472
brian@hollowayip.org

5

6

7

**JAY JOHNSON** (*pro hac vice forthcoming*)
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

8

9

10

11

12

13

14

**ATTORNEYS FOR PLAINTIFF**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

-3-

**CERTIFICATE OF SERVICE**

1

2
      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on October 18, 2022.  Parties may access the foregoing through the Court's system.

3

4

5
            */s/Brian Holloway*
            **BRIAN HOLLOWAY**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-